IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARRYL K. FOUNTAIN,<br><br>            Plaintiff,<br><br>v.<br><br>THE CHASE MANHATTEN BANK,<br>as Trustee of IMC Home Equity Loan Trust<br>1997-3 under the pooling and servicing agreement<br>dated as of June 1, 1997, assignee of IMC Mortgage<br>Company, L.P., a Delaware Corporation, as<br>successor by merger to Industry Mortgage<br>Company, L.P., a Delaware Limited Partnership,<br>assignee of Approved Residential Mortgage, Inc.,<br>assignee of Armada Residential Mortgage, LLC,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-931 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please take notice that Select Portfolio Servicing, Inc. f/k/a Fairbanks Capital Corp. has substituted its counsel in the above captioned proceeding. Please forward all future correspondence and pleadings to the new counsel of record.

New Counsel:                    Karen Lee Turner (Bar No. 4332)
                                      Tara L. Lattomus (Bar No. 3515)
                                      ECKERT SEAMANS CHERIN & MELLOTT, LLC
                                      The Towne Centre
                                      4 East 8th Street, Suite 200
                                      Wilmington, DE 19801
                                      (302) 425-0430
                                      (302) 425-0432 (fax)

|  |  |
|---|---|
| Prior Counsel: | Thomas D. H. Barnett (Bar No. 994)<br>DRAPER & GOLDBERG<br>512 East Market Street<br>Georgetown, DE 19947<br>(302) 855-9252<br>(302) 855-9293 (fax) |

| DRAPER & GOLDBERG | ECKERT SEAMANS CHERIN & MELLOTT, LLC |
|---|---|
| */s/ Thomas D. H. Barnett* | */s/ Tara L. Lattomus* |
| Thomas D. H. Barnett (Bar No. 994)<br>512 East Market Street<br>Georgetown, DE 19947<br>(302) 855-9252 | Karen Lee Turner (Bar No. 4332)<br>Tara L. Lattomus (Bar No. 3515)<br>The Towne Center<br>4 East 8th Street, Suite 200<br>Wilmington, DE 19801<br>(302) 425-0430 |
| | Attorneys for Select Portfolio Servicing, Inc. f/k/a Fairbanks Capital Corp. |
| Dated: March 28, 2005 | Dated: March 31, 2005 |