## CERTIFICATE OF SERVICE

I, Tara L. Lattomus, Esquire, hereby certify that on March 31, 2005, I caused to be served copies of the attached Notice of Substitution of Counsel in the manner indicated upon the following party:

<u>Via First Class Mail</u>
Darryl K. Fountain, Esq.
715 King Street
Wilmington, DE 19801

                                              Tara L. Lattomus (Bar No. 3515)

Dated: March 31, 2005