IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARRYL K. FOUNTAIN, *Pro Se* | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-931 (GMS) |
| | ) |
| CHASE MANHATTAN BANK, et al. | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

WHEREAS plaintiff Darryl K. Fountain filed the above-captioned action on August 10, 2004 (D.I. 1);

WHEREAS the defendants failed to file an answer to the complaint until January 3, 2005 (D.I. 5);

WHEREAS Fountain filed a motion to strike the defendants' answer (D.I. 6) and a motion for default (D.I. 7) on January 6, 2005;

WHEREAS the defendants allege that the delay was precipitated by problems with service (D.I. 9, 10);

WHEREAS Fountain has not contested the defendants' allegations in that regard; and

WHEREAS the court has discretion to enlarge the time frame in which responsive pleadings are to be filed, pursuant to Fed. R. Civ. P. 6(b).

IT IS HEREBY ORDERED THAT:

1. Fountain's motion to strike (D.I. 6) be DENIED; and

2. Fountain's motion for default (D.I. 7) be DENIED.


Dated: September 20, 2005               /s/ Gregory M. Sleet
                                         UNITED STATES DISTRICT JUDGE