```
               DARRYL K. FOUNTAIN
                  P.O. Box 645
            ODESSA, DELAWARE  19730
                 (302) 376-8067
```

October 24, 2005

Clerk of Court
UNITED STATE DISTRICT COURT
844 King Street
Wilmington, DE 19801

re: <u>FOUNTAIN v CHASE</u> U.S. District Ct #04-931

Dear Sirs:

Please notethe new contact information above. I attempted to phone in the same last month, but was told that it needed to be in writing. If there have been interim rulings or scheduling, please advise of the same.

*[signature]*
DARRYL K. FOUNTAIN

cc: Taura Lattimus, Esq.

FILED
NOV 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



A CARD OR LETTER SHOWS YOU CARE — WRITE TODAY!



PHILADELPHIA PA 191
12 NOV 2005

Mr. Darryl K. Fountain
PO Box 645
Odessa, DE 19730

