IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DARRYL K. FOUNTAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-931 (GMS) |
| | ) | |
| THE CHASE MANHATTAN BANK, as | ) | |
| Trustee of IMC Home Equity Loan | ) | |
| Trust 1997-3 Under the pooling and | ) | |
| servicing agreement dated as June 1, 1997, | ) | |
| assignee of IMC Mortgage Company, L.P., | ) | |
| a Delaware Corporation, as successor by | ) | |
| merger to Industry Mortgage Company, | ) | |
| L.P., a Delaware Limited Partnership, | ) | |
| assignee of Approved Residential | ) | |
| Mortgage, Inc., Assignee of Armada | ) | |
| Residential Mortgage, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## RE-NOTICE OF SCHEDULING CONFERENCE

IT IS HEREBY ORDERED that, pursuant to Rule 16, Federal Rules of Civil Procedure, and Local Rule 16.2(b), a status and scheduling conference in the above-referenced matter has been set for **Wednesday, June 14, 2006, at 9:00 a.m.**, at the United States Courthouse, 844 King Street, Courtroom 4A, Wilmington, Delaware.  Pro Se Plaintiff and Counsel with primary responsibility for this case shall appear and be prepared to address any pending motions.

No continuance of the conference will be granted except by order of the court upon application of counsel supported by a declaration stating the reasons for the request.

Dated:  May 11, 2006

                                                    /s/ Gregory M. Sleet
                                     UNITED STATES DISTRICT JUDGE