June 15, 2006

The Honorable Gregory Sleet
Judge
United States District Court for the District of Delaware
844 North King Street
Lockbox 31
Wilmington, DE 19801

re: <u>FOUNTAIN v CHASE</u> U.S. District Ct #04-931

Dear Judge Sleet:

I am in receipt of Your Honor's continuing a Status Conference until June 28. Please be advised that I am presently scheduled to appear before a ODC panel at the Supreme Court that morning and I anticipate that the proceeding will last all day. Moreover, Your Honor should know that after I was discharged from the hospital last month, I sent the revised, executed settlement agreement to Pittsburgh counsel by express mail over a month ago.

Accordingly, the case is settled and I am presently working out the details of complying with what has been agreed upon. While I have not heard from counsel since, I am certain if there is anything they desire to add, we will be made privy to the same forthwith. Accordingly, if Your Honor determines that there is still a need for a Court Hearing, I would urge the Court to again move the date given the foregoing conflict.

Sincerely,

Darryl K. Fountain

cc: Taura Lattimus, Esq.
    Dorothy Davis, Esq.



Mr. Darryl K. Fountain Esq.
P.O. Box 645
Odessa, DE 19730-0645

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 JUN 21  PM 12:19

The Honorable Gregory Sleet
Judge - US District Court
844 North King ST
Lockbox 31
Wilmington DE 19801

