

Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801

TEL 302 425 0430
FAX 302 425 0432
www.eckertseamans.com

Tara L. Lattomus
(302) 425-0430
tlattomus@eckertseamans.com

June 22, 2006

<u>Via Hand Delivery</u>
The Honorable Gregory M. Sleet
U.S. District Court for the
District of Delaware
844 North King Street
Lockbox 19
Wilmington, DE 19801

      Re:    <u>Fountain v. Chase Manhattan</u>,
              C.A. No. 04-civ-931

Dear Judge Sleet:

      I am in receipt of Mr. Fountain's letter to Your Honor dated June 15, 2006. As an initial matter, if Mr. Fountain is scheduled to appear before the Office of Disciplinary Counsel on June 28, 2006, we concede that a further continuance of the scheduling conference in the above matter is appropriate. However, we would request that Your Honor reschedule the scheduling conference at the Court's earliest convenience.

      I will not belabor the point, but contrary to Mr. Fountain's letter, the parties have not reached a settlement. He did forward my colleague a version of the settlement documents on or about May 12, but he also made unilateral, material changes to the documents and did not have his wife execute them. This is possibly why Mr. Fountain refers to the documents he signed as "revised."

      My client does not believe that Mr. Fountain is proceeding in good faith and is again trying to delay this matter by informing the Court of a fictitious settlement. It is therefore my client's intention to proceed with this litigation and requests that the scheduling conference be rescheduled to a date in the very near future.

                      Respectfully,

                      Tara L. Lattomus

cc:    Dorothy A Davis, Esq.
        Darryl K. Fountain