IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DARRYL K. FOUNTAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-931 (GMS) |
| | ) | |
| THE CHASE MANHATTAN BANK, as Trustee of IMC Home Equity Loan Trust 1997-3 Under the pooling and servicing agreement dated as June 1, 1997, assignee of IMC Mortgage Company, L.P., a Delaware Corporation, as successor by merger to Industry Mortgage Company, L.P., a Delaware Limited Partnership, assignee of Approved Residential Mortgage, Inc., Assignee of Armada Residential Mortgage, LLC, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

IT IS HEREBY ORDERED that, pursuant to Rule 16, Federal Rules of Civil Procedure, and Local Rule 16.2(b), the status and scheduling conference in the above-referenced matter has been **RESCHEDULED** from Wednesday, June 28, 2006, at 2:15 p.m. to **Wednesday, July 5, 2006, at 11:00 a.m.**, at the United States Courthouse, 844 King Street, Courtroom 4A, Wilmington, Delaware. *Pro Se* Plaintiff and Counsel with primary responsibility for this case shall appear and be prepared to address any pending motions.

FAILURE TO COMPLY WITH THE COURT'S ORDER MAY LEAD TO THE DISMISSAL OF THIS CASE.

Dated: June 23, 2006

                                                          /s/ Gregory M. Sleet
                                      UNITED STATES DISTRICT JUDGE