```
                                        FILED
                                   CLERK U.S. DISTRICT COURT
                                    DISTRICT OF DELAWARE
```

June 26, 2006                         2006 JUL 10 PM 2: 11

The Honorable Gregory Sleet
Judge
United States District Court for the District of Delaware
844 North King Street
Lockbox 19
Wilmington, DE 19801

re: <u>FOUNTAIN v CHASE</u> U.S. District Ct #04-931

Dear Judge Sleet:

Reference is made to Ms. Lattimus's June 22 letter. To date, I have attempted to remain unprovoked by her provocative posturing in front of the Court. However, I cannot allow her latest mischaracterization go unchallenged.

Ms. Lattimus, in her letter, repeats the proposition she told you in Court in February that the case is not settled, when in fact, Ms. Davis wrote and included in the Settlement Agreement that the case settled in December. Either she is not properly coordinating with lead counsel and accurately representing the position of her client or I am being mislead about the company's intention to settle. The settlement agreement that she identifies for my "unilateral, material changes" is one that unlike previous drafts identifies my ex-wife(improperly by name) as a proposed signatory even though she was never a party to the litigation and never on the deed or mortgage instrument. Moroever, the Family Court divorce file closed with no award of any relief to her and with her never requesting division of property. Clearly, this is an improper requisite term for inclusion of settlement. But I will provide additional documentation of these facts if settlement will be honored.

Contrary to her assertion, I am not trying to delay anything. I brought this action and I believe in its merits. Since this is the second time she has maintained that there is no settlement, I need to know whether the fiction that she refers to is my apparently unilateral belief that this case settled. If the lender truly wants to try it, then I am prepared to initiate discovery and proceed.

Sincerely,

Darryl K. Fountain

cc:    Taura Lattimus, Esq.
       Dorothy Davis, Esq.



WILMINGTON DE 197
29 JUN 2006 PM 1 L

Mr. Darry K. Fountain
P.O. Box 645
Odessa, DE 19730
B-29 Superfortress



The Honorable Gregory Sleet
Judge — US District Court (Def)
844 King Street
lock box 19
Wilmington, DE 19801





2006 JUL 10 PM 2:11
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE