IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARRYL K. FOUNTAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 04-931 GMS |
| THE CHASE MANHATTAN BANK, ) | |
| as Trustee of IMC Home Equity Loan Trust ) | |
| 1997-3 under the pooling and servicing agreement ) | |
| dated as of June 1, 1997, assignee of IMC Mortgage ) | |
| Company, L.P., a Delaware Corporation, as ) | |
| successor by merger to Industry Mortgage ) | |
| Company, L.P., a Delaware Limited Partnership, ) | |
| assignee of Approved Residential Mortgage, Inc., ) | |
| assignee of Armada Residential Mortgage, LLC, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

The parties, by and through the undersigned counsel, hereby stipulate and agree that the above-captioned matter is hereby dismissed, with prejudice. Each party to bear its own costs.

By: _____
Darryl K. Fountain
P.O. Box 645
Odessa, DE 19730

By: _____
Karen L. Turner (Bar No. 4332)
Tara L. Lattomus (Br No. 3515)
**ECKERT, SEAMANS, CHERIN & MELLOTT, LLP**
300 Delaware Ave., Suite 1360
(302) 425-0430
Attorneys for Select Portfolio Servicing, Inc. f/k/a Fairbanks Capital Corp.

Dated: 8/2/06

Dated: 8/2/06

U0002777.DOC

## CERTIFICATE OF SERVICE

I, Tara L. Lattomus, Esquire hereby certify that on August 2, 2006, I caused to be served copies of the attached Stipulation of Dismissal in the manner indicated upon the following party:

Via First Class Mail
Darryl K. Fountain, Esq.
P.O. Box 645
Odessa, DE 19730

Tara L. Lattomus (Bar No. 3515)

Dated: August 2, 2006

U0002777.DOC